UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. BABB,<br><br>    Defendant. | Case No. 1:18-cv-00960-NONE-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>21-DAY DEADLINE |

On June 30, 2020, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 32.) Defendant notified Plaintiff of the requirements for opposing the motion under the Federal Rules of Civil Procedure and Local Rules. (Doc. 32-1.) Pursuant to Local Rule 230(l), Plaintiff had 21 days to file an opposition or a statement of non-opposition to Defendant's motion. To date, he has failed to do so.

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed with prejudice for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition or a statement of non-opposition to Defendant's motion for summary judgment.

///

///

**Failure to comply with this order will result in a recommendation that this case be dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **August 3, 2020**              /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE

2