UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>S. BABB,<br><br>        Defendant. | Case No. 1:18-cv-00960-NONE-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME** *NUNC PRO TUNC*<br><br>(Doc. 35)<br><br>45-DAY DEADLINE |

      On June 30, 2020, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 32.) Plaintiff had 21 days to file an opposition or a statement of non-opposition to Defendant's motion, pursuant to Local Rule 230(l). Plaintiff failed to respond to Defendant's motion within the allowable time. Therefore, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to prosecute. (Doc. 35.)

      On August 27, 2020, Plaintiff filed a response to the order to show cause. (Doc. 36.) Plaintiff states that "limited/restricted movement due to Covid-19" and wildfires, among other factors, contributed to his failure to respond to Defendant's motion. (*Id.*) Plaintiff requests 90 days to file a response. (*Id.*)

///

///

The Court finds good cause to grant Plaintiff's request for an extension of time. However, the Court finds 90 days to be excessive, given that Defendant's motion was filed nearly two months ago. Accordingly, the Court DISCHARGES its order to show cause (Doc. 35) and GRANTS Plaintiff **45 days** from the date of service of this order to file an opposition or a statement of non-opposition to Defendant's motion for summary judgment. **Failure to comply with this order will result in a recommendation, without further notice, that this action be dismissed for failure to prosecute.**

IT IS SO ORDERED.

Dated:  **August 28, 2020**                    /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE

2