UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>S. BABB,<br><br>        Defendant. | Case No. 1:18-cv-00960-NONE-JLT (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS ACTION**<br><br>(Doc. 42) |

    The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 42) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case and to close this action.

IT IS SO ORDERED.

    Dated:   **November 30, 2020**            /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE